UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EXCAVATORS UNION LOCAL 731 WELFARE FUND, et al.,

    Plaintiff(s),

v.

STEPHEN A. WYNN, et al.,

    Defendant(s).

2:12-CV-642 JCM (GWF)

**ORDER**

Presently before the court is the matter of *Excavators Union Local 731 Welfare Fund v. Wynn et al.* (Case No. 2:12-cv-642-JCM-GWF).

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

Plaintiff filed a complaint on April 17, 2012. (Doc. # 1). Pursuant to Federal Rule of Civil Procedure 4(m), on August 28, 2012, the clerk of the court provided notice to plaintiff that the action would be dismissed if plaintiff did not file proof of service of process by September 27, 2012. (Doc. # 52).

To date, plaintiff has failed to file proof of service with the court as to the following parties: Kazuo Okada.

. . .

**James C. Mahan**
**U.S. District Judge**

1     Accordingly,

2     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
3 be, and the same hereby is, DISMISSED without prejudice as to Kazuo Okada.

4     DATED October 4, 2012.

                                      */s/ James C. Mahan*
                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -